THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:11cv6

| | |
|---|---|
| TERESSA J. LANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Memorandum of Decision and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment is **GRANTED**; the Defendant's Motion for Summary Judgment is **DENIED**; the Commissioner's decision is hereby **REVERSED** and this matter is **REMANDED** to the Commissioner for further proceedings.

Signed: March 27, 2012

Martin Reidinger
United States District Judge